## United States District Court
## Violation Notice

**CVB Location Code:** EW3

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBCC003N | GONINAN | 2181 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense |
|---|---|
| 01/17/2020  14:43 | FED  36CFR  26158G |

**Place of Offense:** BLEWITT PASS SNOPARK

**Offense Description: Factual Basis for Charge**   HAZMAT ☐

PARKING IN VIOLATION OF POSTED INSTRUCTIONS, FAILURE TO DISPLAY VALID SNO PARK PERMIT

FBCC003N

### DEFENDANT INFORMATION
Phone: (     )

| Last Name | First Name | M.I. |
|---|---|---|
| LEE | JENNIFER | S |

Street Address:

City / State / Zip / Date of Birth (mm/dd/yyyy):

Drivers License No. / CDL ☐ / D.L. / Social Security No.:

Adult ☐ Juvenile ☐  Sex ☐M ☐F  Race / Hair / Eyes / Height / Weight

### VEHICLE
VIN:   CMV ☐

Tag No. / State / Year / Make/Model / PASS ☐ / Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $50.00 | Forfeiture Amount |
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $80.00 | Total Collateral |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** U.S. Magistrate, Federal Court House, 25 So. 3rd S
Yakima, WA 98901

**Date (mm/dd/yyyy):** 03/13/2020
**Time (hh:mm):** 11:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBCC003N

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  January 17, 2020  while exercising my duties as a law officer in the  Eastern  District of  WA

Pursuant to 16USC 551: :

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed    January 17, 2020    _[signature]_
            Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on:   _____
               Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident